MARY J. McCRAITH, Appellant, v. JOSEPH CARLINO, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that in view of the age and physical condition of the plaintiff, and the fact that, owing to the congested condition of the calendar on Erie county, a speedy trial of this action cannot be had in that county, the ends of justice require that the place of trial be retained in Niagara county, where the venue was originally laid. All concur.

ANNA H. KNIBBS, as Administratrix, etc., of RAYMOND KNIBBS, Deceased, Respondent, v. THE TOWN OF SENECA FALLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

NICHOLAS SHONITSKI, Respondent, v. LIVERPOOL, LONDON AND GLOBE INSURANCE COMPANY, LTD., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

ELLA A. WESTER, Appellant, v. ERA M. SCOFIELD and Another, Respondents.— Order modified by allowing the amendment upon condition that defendants pay all taxable costs and disbursements to the date of the motion and ten dollars motion costs, and as so modified the order is affirmed, without costs of this appeal to either party, on the ground that the Special Term should have exercised its discretion by the imposition of all costs to date as a condition for granting the motion, inasmuch as the cause at the time had been on the calendar of one trial term and noticed for a second. All concur.

In the Matter of the Probate of the Alleged Last Will and Testament of CHARLES BAKER, Deceased.— Decree affirmed, with costs against contestants. All concur.

AGNES BIRKBY, as Administratrix, etc., of JOHN BIRKBY, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed upon questions of fact, and a new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence on the question of damages and is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $9,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur.

FRANK W. PITKIN, as Administrator, etc., of LOUIS PITKIN, Deceased, Appellant, v. ERIE COUNTY TRUST COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

MICHAEL MAHER, Respondent, v. WILLIAM M. TASHENBERG and Another, Appellants.— Judgment affirmed, with costs. All concur.

HYMAN GOLDMAN and Others, Respondents, v. GLICKSTEIN, WILKENFELD & TERNER, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

PERRY SAYRES, Respondent, v. DECKER AUTOMOBILE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis and Sears, JJ., who dissent and vote for reversal.

WILLIAM WALLACE RALYEA, Respondent, v. MYRON M. SANDERSON, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES L. CASSELBERRY, Respondent, v. FRED REIN, Appellant.— Judgment and order affirmed, with costs. All concur.

CLEVELAND CLIFFS IRON COMPANY, Respondent, v. OTTO KEUSCH and Others, Defendants. TOWNSEND-WARD COMPANY and Others, Appellants.— Motion of